UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS H. MARIN,<br><br>  Plaintiff,<br><br>  v.<br><br>TD BANK USA, N.A.,<br><br>  Defendant. | Case No. 24-cv-02313-TLT<br><br>NOTICE REGARDING RESOURCES AVAILABLE TO PRO SE LITIGANTS<br><br>OSC Response and Opposition due Friday, June 14, 2024<br><br>Hearing, Tuesday, June 18, 2024 |

**PLAINTIFF, CARLOS H. MARIN**: Since you are representing yourself in this case, the Court issues this notice to you about legal resources available, the rules you need to follow, and the legal standard that applies to motions to dismiss.

## RESOURCES AVAILABLE

1. While this case is pending, Plaintiff must promptly inform the Court of any change of address. Failure to do so may result in dismissal of this action.
2. The Court orders Plaintiff that assistance may be available through the Legal Help Center. Parties can make an appointment to speak with an attorney who can provide basic legal information and assistance. The Help Center does not see people on a "drop-in" basis and will not be able to represent parties in their cases.
3. There is no charge for this service. The Help Center's website is available at https://cand.uscourts.gov/about/court-programs/legal-help-desks/.

### MOTION TO DISMISS AND ORDER TO SHOW CASE (OSC)

Plaintiff has **failed to file an opposition to the Defendant's Motion to Dismiss**. Plaintiff is

1  **ordered to show cause** why this matter should not be dismissed for lack of prosecution **no later**
2  **than Friday, June 14, 2024**. See Fed. Rules Civ. Proc., Rule 41(b). The hearing is currently set
3  for Tuesday, June 18, 2024, at 2:00 pm (in person).

### INITIAL CASE MANAGEMENT

Further, the Initial Case Management Conference is set for July 18, 2024 at 2:00 PM in San Francisco - Videoconference Only. This proceeding will be held via a Zoom webinar. Plaintiff must submit a Case Management Statement by July 18, 2024. As Plaintiff is a self-represented litigant, he may file a separate case management statement. ECF 10. The Plaintiff is ordered to seek free legal assistance from the Legal Help Center located in the San Francisco courthouse. The Legal Help Center will not represent you as your lawyer but can provide basic legal assistance at no cost. You can schedule an appointment by calling 415-782-8982 or emailing FedPro@sfbar.org. You can find more information at https://cand.uscourts.gov/pro-se-litigants/. The court also has a free guide "Representing Yourself in Federal Court: A Handbook for Pro Se Litigants," which provides instructions on how to proceed at every stage of the case, including discovery, motions, and trial.

### RULES OF THE COURT

Here are some basic rules of which you should be aware. These rules, and others, are discussed in detail in the Pro Se Handbook. Therefore, this is not an exhaustive list, and you should refer to the Handbook for additional rules of court.

1. **Civil Local Rules:** In addition to the Federal Rules of Civil Procedure, the district court has its own set of Civil Local Rules which must be followed. The Civil Local Rules are available online at *http://cand.uscourts.gov/localrules/civil*.

2. **Standing Orders:** Each judge also has their own set of standing orders, which must be followed in the cases assigned to them. https://cand.uscourts.gov/judges/trina-l-thompson-tlt/ Specifically, the General Standing Order provides clarification on many topics, including how

1  and when to schedule hearings, the format for chambers copies of all filings, discovery, and
2  how to communicate with the court.

**FAILURE TO FILE AN OPPOSITION**

If you do not file your opposition, the Court will still consider whether Motion to Dismiss is appropriate under Rule 12(b), but your failure may be construed as consent by you to this Court's granting the other party's motion for dismissal. ("The failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion.")  That in turn may result in the dismissal of your case before trial.

IT IS SO ORDERED.

Dated: June 11, 2024

_____
TRINA L. THOMPSON
United States District Judge